**Opinion issued November 8, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-16-00746-CV**

———————————

**PAUL A. BRAGG AND CHRISTOPHER G. DECLAIRE, Appellants**

**V.**

**VANTAGE DRILLING INTERNATIONAL F/K/A OFFSHORE GROUP INVESTMENT, LTD, Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-52264**

---

## MEMORANDUM OPINION

Appellants, Paul A. Bragg and Christopher G. DeClaire, have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Brown.